UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RAWLE ROBERT JEREMIE, :
:
    Petitioner :
:
  v. : CIVIL NO. 3:CV-05-1867
:
BUREAU OF IMMIGRATION AND CUSTOMS : (Judge Kosik)
ENFORCEMENT, :
:
    Respondent

# O R D E R

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Rawle Robert Jeremie filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 15, 2005, at which time he was a detainee of the Bureau of Immigration and Customs Enforcement (BICE) confined at the York County Prison, Pennsylvania. Jeremie is a native and citizen of Trinidad who entered the United States as a non-immigrant in March 1985 at New York, New York. On June 9, 2000, a Judgment was entered in the United States District Court for the Eastern District of New York convicting Petitioner of conspiracy to possess with the intent to distribute a controlled substance, namely heroin, in violation of Title 21, United States Code, section 846, and sentencing him to 70 months incarceration. On July 6, 2001, a Judgment was entered in the Court of Common Pleas of Northhampton County, Pennsylvania,

convicting Petitioner of delivery of cocaine, in violation of Title 35 of the Pennsylvania Statutes, Section 780-113(a)(3), and sentencing him to a period of 4 - 8 years incarceration. Petitioner has been in the custody of BICE since February 16, 2005. An Order requiring his removal was issued by an Immigration Judge on June 21, 2002.

Custody reviews were conducted. In the instant petition, Petitioner challenges his continued detention by BICE pending removal to Trinidad. It was learned, however, that Petitioner was removed to Trinidad on November 30, 2005. Accordingly, the relief sought in the petition, release on supervision pending deportation, is now moot.

**ACCORDINGLY, THIS 21st DAY OF DECEMBER, 2005, IT IS HEREBY ORDERED THAT** the petition for writ of habeas corpus is dismissed as moot.

                                              s/Edwin M. Kosik
                                              United States District Judge

EMK:lq